IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RICHARD CRISS, AMANDA NAVIN f/k/a AMANDA RUHRER, KRYSTAL RAMIREZ, COLLEEN McMAHON-LEVINE, ANNE CUTSINGER, RONALD FINK, JR., JOHN GILLES, DIANA MOCTEZUMA, HEATHER SHELBY f/k/a HEATHER SKOW,<br><br>    Plaintiffs,<br><br>vs.<br><br>COUNTY OF DAKOTA, NEBRASKA, JAMES L. WAGNER, RODNEY HERRON, in their Official and Individual Capacities,<br><br>    Defendants. | CASE NO. 08: 09-cv-00387<br><br><br>**ORDER REGARDING DISMISSAL OF PLAINTIFF ANNE CUTSINGER** |

**THIS MATTER** comes before the Court pursuant to a Stipulation of Dismissal signed by all parties who have appeared in this action filed May 13, 2011 [Document #116].

**ACCORDINGLY, IT IS ORDERED, ADJUDGED AND DECREED** that the claims of Plaintiff Anne Cutsinger are dismissed without prejudice. **IT IS FURTHER ORDERED** that the this dismissal is without prejudice to, or affect upon, the claims of any of the remaining Plaintiffs.

Dated this 21st day of June, 2011.

BY THE COURT:

*s/ Joseph F. Bataillon*
CHIEF DISTRICT COURT JUDGE