IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RICHARD CRISS, AMANDA NAVIN f/k/a AMANDA RUHRER, KRYSTAL RAMIREZ, COLLEEN McMAHON-LEVINE, ANNE CUTSINGER, RONALD FINK, JR., JOHN GILLES, DIANA MOCTEZUMA, HEATHER SHELBY f/k/a HEATHER SKOW, <br><br>  Plaintiffs, <br><br> vs. <br><br> COUNTY OF DAKOTA, NEBRASKA, JAMES L. WAGNER, RODNEY HERRON, in their Official and Individual Capacities, <br><br>  Defendants. | CASE NO. 08: 09-cv-00387 <br><br><br> **ORDER REGARDING PARTIAL DISMISSAL BY PLAINTIFF AMANDA NAVIN** |

**THIS MATTER** comes before the Court pursuant to a Stipulation of Partial Dismissal signed by all parties who have appeared in this action filed May 18, 2011 [Document #118].

**ACCORDINGLY, IT IS ORDERED, ADJUDGED AND DECREED** that the claims of Plaintiff Amanda Navin f/k/a Amanda Ruhrer against Defendant James L. Wagner and Rodney Herron, in their Official and Individual Capacities, are hereby dismissed without prejudice. **IT IS FURTHER ORDERED** that this stipulation is without prejudice to, or affect upon, any of the remaining claims of Plaintiff Amanda Navin f/k/a Amanda Ruhrer or the claims of any other Plaintiffs to this action.

Dated this 21st day of June, 2011.

BY THE COURT:

*s/ Joseph F. Bataillon*
CHIEF DISTRICT COURT JUDGE