IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RICHARD CRISS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | 8:09CV387 |
| v. | ) | |
| | ) | |
| COUNTY OF DAKOTA, NEBRASKA, | ) | |
| JAMES L. WAGNER, in his official and | ) | ORDER |
| individual capacities, and RODNEY | ) | |
| HERRON, in his official and individual | ) | |
| capacities, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Before the court is the plaintiff Ronald Fink, Jr.'s Stipulation of Partial Dismissal (Filing No. 137). No objection has been filed to the Stipulation. Accordingly,

IT IS HEREBY ORDERED that plaintiff Ronald Fink, Jr.'s Stipulation of Partial Dismissal (Filing No. 137) is granted. Defendant James L. Wagner, in his individual capacity, is dismissed from this action, without prejudice to, or affect upon, any remaining claims of Ronald Fink, Jr. or the claims of any other plaintiff.

DATED this 12th day of August, 2011.

BY THE COURT:

s/ Joseph F. Bataillon
Chief District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.