IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AMANDA NAVIN f/k/a AMANDA RUHRER, ) <br> RONALD FINK, JR., ) <br> JOHN GILLES, ) <br> DIANA MOCTEZUMA, and ) <br> HEATHER SHELBY f/k/a HEATHER SKOW, ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> COUNTY OF DAKOTA, NEBRASKA, ) <br> JAMES L. WAGNER, RODNEY HERRON, ) <br> in their official and individual capacities, ) <br> ) <br> Defendants. ) | Case No. 8:09cv387 <br><br> ORDER OF DISMISSAL |

This matter comes before the Court upon a Joint Stipulation for Dismissal with Prejudice filed by the parties herein. (Filing No. 257). The parties advise in their stipulation that a settlement agreement has been reached wherein each party agrees to bear its own costs and attorney fees incurred in this action.

IT IS THEREFORE ORDERED that all remaining parties and causes of action herein are hereby dismissed with prejudice, with each party to bear its own costs and attorneys fees incurred.

Dated this 1st day of March, 2013.

BY THE COURT:

s/Joseph F. Bataillon
United States District Court Chief Judge

Prepared and submitted by:

Vincent Valentino, #14288
CenterStone
100 N. 12th St., Suite 200
P.O. Box 84640
 Lincoln, NE 68501-4640
(402) 742-9240
vv@windstream.net